UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COLE,<br><br>      Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No.: 1:12-cv-01411 - LJO- JLT<br><br>ORDER GRANTING IN PART DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

    On May 3, 2013, the parties filed a stipulation for Defendant to have an extension of time to file an opposing brief. (Doc. 17). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 7 at 4), and this is the first extension requested by the parties. Beyond this extension, requests to modify the scheduling order "must be made by written motion and will be granted only for good cause." *Id.*

    Here, the stipulation requests Defendant be granted an extension of time from May 8 to June 22, 2013 to file a brief in opposition. (Doc. 17). Thus, Defendant seeks an extension of forty-five days to file a brief in opposition, without explaining why an extension of more than thirty days is necessary or appropriate. Consequently, the Court is unable to find good cause for granting an extension beyond thirty days at this time.

///

1

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED IN PART**.

2. Defendant **SHALL** file a brief in opposition on or before **June 7, 2013**.

IT IS SO ORDERED.

Dated:   **May 6, 2013**                              /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE