**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD COLE, | Case No.: 1:12-cv-01411 - LJO- JLT |
| Plaintiff, | ORDER GRANTING DEFENDANT AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendants. | (Doc. 24) |

On March 3, 3014, the parties filed a stipulation for Defendant to have an extension of time to file a response to Plaintiff's motion for attorney fees under the Equal Access to Justice Act.  (Doc. 24.) Defendant was to file a response no later than March 3, 2014, but asserts "counsel needs the additional time to further review the documents and prepare a response in this matter due to a heavy workload, despite due diligence."  (*Id.* at 1.)

Accordingly, **IT IS HEREBY ORDERED**:  Defendant's request for an extension of time is **GRANTED** nunc pro tunc, and a response **SHALL** be filed no later than April 2, 2014.

IT IS SO ORDERED.

Dated:   **March 4, 2014**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1