BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| GERALD COLE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-cv-01411-LJO-JLT<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Docs. 23, 26) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, that Plaintiff's previously filed Application for Attorneys' Fees Under the Equal Access to Justice Act is hereby withdrawn.

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees and expenses in the amount of FIVE THOUSAND, EIGHT-HUNDRED DOLLARS AND ZERO CENTS ($5,800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of TWENTY DOLLARS AND FORTY CENTS ($20.40) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel, including the Law Offices of Jeffrey Milam (Milam Law, Inc.), may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel and/or the Law Offices of Jeffrey Milam (Milam Law, Inc.) to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: March 26, 2014         By:    */s/ Sengthiene Bosavanh*
                                     (*As authorized by email on 3/26/14)
                                     SENGTHIENE BOSAVANH
                                     Attorney for Plaintiff


                                     BENJAMIN B. WAGNER
                                     United States Attorney
                                     DONNA L. CALVERT
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

Dated: March 26, 2014     By:     /s/ Lynn M. Harada
                                  LYNN M. HARADA
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

## ORDER

Based upon the stipulation of counsel, the Court **ORDERS**:

1. Plaintiff shall be awarded attorney fees in the amount of $5,800.00 and costs in the amount of $20.40 as authorized by 28 U.S.C. § 2412(d) and 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation;

2. Based upon the stipulation, the motion for fees (Doc. 23) is MOOT.

IT IS SO ORDERED.

Dated:   **March 27, 2014**                    **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28